UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff

v.

Case No. 26-30605
Originating No. 26CR350

**FUAD MOUSA NAJI,**

Defendant.
_______________________________________/

**GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **FUAD MOUSA NAJI,** to answer to charges pending in another federal district, and states:

1. On **September 29, 2026,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Western District of Louisiana based on an Indictment**. Defendant is charged in that district with violations of **Failure to Register an Aircraft in violation of 49 USC Section 46306(b)(6)(A) and Violation of National Defense Airspace in violation of 49 USC Section 40103(b)(3) and 46307.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney

*s/Diane Princ*
DIANE PRINC
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: September 29, 2026